# Exhibit A

# LLP 1400003809

(For Office Use Only)

## COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** _____
(Name of Limited Liability Partnership)

**PARTNERSHIP'S REGISTRATION NUMBER:**_____

The enclosed Statement of Qualification and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

```
LLP140003809-3
12/19/14--01008--005  **77.50
```

_____
(Name of Person)

_____
(Firm/Company)

_____
(Address)

RECEIVED
DEPARTMENT OF STATE

**14 DEC 19 AM 10: 19**

_____
(City/State and Zip Code)

_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____ At (_____) _____
(Name of Person)                         (Area Code & Daytime Telephone Number)

FILED
14 DEC 19 PM 3: 47

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, Florida 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

W. MILLIGAN
EXAMINER

DEC 19 2014

INHS67 (2/12)

CORPDIRECT AGENTS, INC. (formerly CCRS)
515 EAST PARK AVENUE
TALLAHASSEE, FL 32301
222-1173

FILING COVER SHEET
ACCT. #FCA-23

CONTACT:       RICKY SOTO

DATE:          12/19/2014

REF. #:        9383470

CORP. NAME:    AKERMAN LLP

( ) ARTICLES OF INCORPORATION     ( ) ARTICLES OF AMENDMENT      ( ) ARTICLES OF DISSOLUTION

( ) ANNUAL REPORT                 ( ) TRADEMARK/SERVICE MARK     ( ) FICTITIOUS NAME

( ) FOREIGN QUALIFICATION         ( ) LIMITED PARTNERSHIP        ( ) LIMITED LIABILITY

( ) REINSTATEMENT                 ( ) MERGER                     ( ) WITHDRAWAL

( ) CERTIFICATE OF CONVERSION

(XX) OTHER: LLP STATEMENT OF QUALIFICAITON

***FILE SECOND***

STATE FEES PREPAID WITH CHECK# 70032689 FOR $ 77.50

AUTHORIZATION FOR ACCOUNT IF TO BE DEBITED:

_____      COST LIMIT: $_____

PLEASE RETURN:

(XX) CERTIFIED COPY       ( ) CERTIFICATE OF GOOD STANDING      ( ) PLAIN STAMPED COPY

( ) CERTIFICATE OF STATUS

Examiner's Initials

STATEMENT OF QUALIFICATION FOR FLORIDA OR FOREIGN
LIMITED LIABILITY PARTNERSHIP

1. The name of the partnership as identified in the records of the Florida Department of State:
Akerman LLP

Insert partnership's Florida registration number: OP __1400001589__
or
Attach completed Partnership Registration Statement and $50 filing fee.

2. Suffix adopted for the above named partnership: LLP
   ("Registered Limited Liability Partnership," "Limited Liability Partnership," "R.L.L.P.," "L.L.P.," "RLLP," or "LLP")

3. The street address of its chief executive office: One SE 3rd Avenue
   (if different from current recorded address): 25th Floor
   Miami, Florida
   33131

4. The street address of principal office in Florida: _____
   (if different from above)

5. The name and Florida street address of the partnership's agent for service of process:
   NRAI Services, Inc.
   1200 South Pine Island Road
   Plantation, Florida 33124

6. This partnership hereby elects to be a limited liability partnership.

7. Effective date, if other than the date of filing: _____
   (Effective date cannot be prior to the date of filing nor more than 90 days after the date of filing.)

The execution of this statement constitutes an affirmation under the penalties of perjury that the facts stated herein are true.

I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, F.S.

Signed this __18th__ day of December, 2014

Signature of a partner or authorized person: _____

Typed or printed name of person signing above: Andrew M. Smullian, Chairman &CEO

INHS67 (2/12)

**'2025 LIMITED LIABILITY PARTNERSHIP ANNUAL REPORT**
FEE IS $25.00! REPORT DUE BY MAY 1, 2025

| | |
|---|---|
| SECRETARY OF STATE | FLORIDA DEPARTMENT OF STATE<br>DIVISION OF CORPORATIONS |

FILED
2025 MAR 31 PM 12:10
SECRETARY OF STATE
TALLAHASSEE, FL

REGISTRATION # LLP140003809

1. Name and Mailing Address

AKERMAN LLP

98 S.E. 7TH STREET., SUITE 1100
THREE BRICKELL CITY CENTRE
MIAMI, FL 33131

*If above mailing address is incorrect in any way, line through incorrect information and enter correction in Block 2.*

LLP #

LLP250000851-5
03/31/25--01009--005 **25.00

CR2E029 (2/10)

2. New Mailing Address, if Applicable:

Suite, Apt #, etc.

City         State         Zip Code

3. Principal Place of Business Address

98 S.E. 7TH STREET., SUITE 1100
THREE BRICKELL CITY CENTRE
MIAMI, FL 33131

4. New Principal Office Address, if Applicable:

Suite, Apt #, etc.

City         State         Zip Code

5. Federal Employee Identification Number

59-3117860

☐ Applied For
☐ Not Applicable

6. Certificate of Status Desired:

☐ $8.75 Additional Fee Required

7. Name and Address of Registered Agent

CORPORATION SERVICE COMPANY
1201 HAYS ST.
TALLAHASSEE, FL 32301

8. New Name and/or Address of Registered Agent:

Name

Street Address (P.O. Box Number is Not Acceptable)

FL
City                  Zip Code

9. New Registered Agent's Signature, If Changed
The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

**SIGNATURE:** _____
SIGNATURE, TYPED OR PRINTED NAME OF REGISTERED AGENT AND TITLE IF APPLICABLE         Date

10. General Partner's Signature (REQUIRED)
The execution of this report as a partner constitutes an affirmation under the penalties of perjury that the facts stated herein are true.

**SIGNATURE** *[signed]*                                    3/24/2025          407/419-8432
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING PARTNER    Date             Daytime Phone #

E-mail Address: melissa.hill@akerman.com
(To be used for future annual report notifications)

●L. BROWN●
APR -2 2025