UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Protego Holdings Corporation, a Washington Corporation;<br><br>v.<br><br>Blackie Capital, Inc., a Corporation; Nathan Barron, an individual; Michael Mulhall, an individual; Blackie Capital Global Family Trust Company; Michael Barron, an individual; Theresa Barron, an individual; Yoseph Elkaim, an individual; Akerman Law Firm, a Professional Corporation; Sherri R. Scheffer, an individual; Sherri R. Scheffer, CPA, PLLC; Arthur W. Wood Company, Inc.; Egan Jones Rating Company, a Corporation, and John Does 1-10. | CASE NO. 2:25-cv-00535<br><br>COMPLAINT FOR A CIVIL CASE<br><br>Jury Trial: ☒ Yes ☐ No |

**THE DEFENDANT'S ANSWER TO THE COMPLAINT**

**I.    THE PARTIES FILING THIS ANSWER TO THE COMPLAINT**

| | |
|---|---|
| Name | Yoseph Elkaim |
| Street Address | 7930 Algon Avenue |
| City and County | Philadelphia, Philadelphia County |
| State and Zip Code | Pennsylvania 19111 |
| Telephone Number | (267) 608-6884 |
| Email | PennElk@proton.me |

**DEFENDANT,** Yoseph Elkaim, files this original answer to Plaintiff's complaint.

Pursuant to federal rule of civil procedure 8(b), Defendant denies each and every allegation contained in Plaintiff's complaint except for those expressly admitted herein. In several instances, Defendant has identified statements in the original complaint that are legal conclusions or non-factual statements rather than factual assertions. no response to such legal conclusions or non-factual statements is required. However, if such response is required, Defendant denies such legal conclusions and non-factual statements. The headings and numbered paragraphs below directly correlate to the sections and numbered paragraphs of Plaintiff's complaint. Those titles and headings are reproduced in this original answer for organizational purposes only, and Defendant does not admit any matter contained in them. Defendant responds to the specifically numbered allegations of the complaint as follows:

## II.   ANSWERING THE CLAIMS FOR RELIEF

### ALLEGATIONS

1. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the complaint, and therefore denies them.

2. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of the complaint, and therefore denies them.

3. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 3 of the complaint, and therefore denies them.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of the complaint, and therefore denies them.

**JURISDICTION AND VENUE**

5. Defendant admits only so much of Paragraph 5 of the Complaint that alleges Defendant is a citizen of a State. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 5 of the complaint, and therefore denies them.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of the complaint, and therefore denies them.

7. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of the complaint, and therefore denies them.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 8 of the complaint, and therefore denies them.

**PARTIES**

9. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 9 of the complaint, and therefore denies them.

10. Defendant admits only so much of Paragraph 10 of the Complaint that alleges Blackie Capital Inc. is a corporation. Defendant is without sufficient knowledge or information to form a

belief as to the truth or falsity of the remaining allegations contained in paragraph 5 of the complaint, and therefore denies them.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 11 of the complaint, and therefore denies them.

12. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 12 of the complaint, and therefore denies them.

13. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 13 of the complaint, and therefore denies them.

14. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of the complaint, and therefore denies them.

15. Defendant denies the allegations contained in paragraph 15 of the complaint.

16. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of the complaint, and therefore denies them.

17. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 17 of the complaint, and therefore denies them.

18. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of the complaint, and therefore denies them.

19. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 19 of the complaint, and therefore denies them.

20. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 20 of the complaint, and therefore denies them.

21. Defendant denies the allegations contained in paragraph 21 of the complaint.

## **FACTUAL ALLEGATIONS**

22. The allegations of paragraph 22 requires no response from the Defendant. To the extent a response is required, deny.

23. The allegations of paragraph 23 requires no response from the Defendant. To the extent a response is required, deny.

24. The allegations of paragraph 24 requires no response from the Defendant. To the extent a response is required, deny.

25. The allegations of paragraph 25 requires no response from the Defendant. To the extent a response is required, deny.

26. The allegations of paragraph 26 requires no response from the Defendant. To the extent a response is required, deny.

27. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 27 of the complaint, and therefore denies them.

28. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 28 of the complaint, and therefore denies them.

29. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 29 of the complaint, and therefore denies them.

30. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 30 of the complaint, and therefore denies them.

31. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 31 of the complaint, and therefore denies them.

32. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 32 of the complaint, and therefore denies them.

33. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 33 of the complaint, and therefore denies them.

34. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 34 of the complaint, and therefore denies them.

35. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 35 of the complaint, and therefore denies them.

36. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 36 of the complaint, and therefore denies them.

37. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 37 of the complaint, and therefore denies them.

38. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 38 of the complaint, and therefore denies them.

39. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 39 of the complaint, and therefore denies them.

40. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 40 of the complaint, and therefore denies them.

41. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 41 of the complaint, and therefore denies them.

42. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 42 of the complaint, and therefore denies them.

43. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 43 of the complaint, and therefore denies them.

44. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 44 of the complaint, and therefore denies them.

45. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 45 of the complaint, and therefore denies them.

46. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 46 of the complaint, and therefore denies them.

47. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 47 of the complaint, and therefore denies them.

48. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 48 of the complaint, and therefore denies them.

49. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 49 of the complaint, and therefore denies them.

50. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 50 of the complaint, and therefore denies them.

51. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 51 of the complaint, and therefore denies them.

52. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 52 of the complaint, and therefore denies them.

53. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 53 of the complaint, and therefore denies them.

54. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 54 of the complaint, and therefore denies them.

55. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 55 of the complaint, and therefore denies them.

56. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 56 of the complaint, and therefore denies them.

57. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 57 of the complaint, and therefore denies them.

58. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 58 of the complaint, and therefore denies them.

59. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 59 of the complaint, and therefore denies them.

60. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 60 of the complaint, and therefore denies them.

61. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 61 of the complaint, and therefore denies them.

62. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 62 of the complaint, and therefore denies them.

63. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 63 of the complaint, and therefore denies them.

64. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 64 of the complaint, and therefore denies them.

65. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 65 of the complaint, and therefore denies them.

66. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 66 of the complaint, and therefore denies them.

## COUNT I

67. Defendant incorporates his responses to Paragraphs 1 through 66.

68. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 68 of the complaint, and therefore denies them.

69. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 69 of the complaint, and therefore denies them.

70. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 70 of the complaint, and therefore denies them.

71. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 71 of the complaint, and therefore denies them.

72. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 72 of the complaint, and therefore denies them.

73. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 73 of the complaint, and therefore denies them.

74. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 74 of the complaint, and therefore denies them.

75. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 75 of the complaint, and therefore denies them.

76. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 76 of the complaint, and therefore denies them.

77. Defendant denies the allegation that Blackie Capital operated as the alter ego of the Defendant and the use of the corporate form was a mere sham intended to perpetuate a fraud, avoid contractual obligations, and unjustly shield the Defendant from liability. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 77 of the complaint, and therefore denies them.

78. The allegations of this paragraph 78 constitute legal conclusions, to which no response is required. To the extent that a response is deemed required, the allegations of this paragraph are denied.

## COUNT II

79. Defendant incorporates his responses to Paragraphs 1 through 77.

80. Defendant denies the allegations contained in paragraph 80 of the complaint.

81. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 81 of the complaint, and therefore denies them.

82. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 82 of the complaint, and therefore denies them.

83. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 83 of the complaint, and therefore denies them.

84. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 84 of the complaint, and therefore denies them.

85. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 85 of the complaint, and therefore denies them.

86. Defendant denies the allegations contained in paragraph 86 of the complaint.

87. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 87 of the complaint, and therefore denies them.

88. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 88 of the complaint, and therefore denies them.

89. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 89 of the complaint, and therefore denies them.

90. The allegations of this paragraph 90 constitute legal conclusions, to which no response is required. To the extent that a response is deemed required, the allegations of this paragraph are denied.

## COUNT III

91. Defendant incorporates his responses to Paragraphs 1 through 89.

92. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 92 of the complaint, and therefore denies them.

93. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 93 of the complaint, and therefore denies them.

94. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 94 of the complaint, and therefore denies them.

95. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 95 of the complaint, and therefore denies them.

96. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 96 of the complaint, and therefore denies them.

97. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 97 of the complaint, and therefore denies them.

98. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 98 of the complaint, and therefore denies them.

99. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 99 of the complaint, and therefore denies them.

100. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 100 of the complaint, and therefore denies them.

101. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 101 of the complaint, and therefore denies them.

102. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 102 of the complaint, and therefore denies them.

103. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 103 of the complaint, and therefore denies them.

104. The allegations of this paragraph 104 constitute legal conclusions, to which no response is required. To the extent that a response is deemed required, the allegations of this paragraph are denied.

## **COUNT IV**

105. Defendant incorporates his responses to Paragraphs 1 through 103.

106. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 106 of the complaint, and therefore denies them.

107. The allegations of this paragraph 107 constitute legal conclusions, to which no response is required. To the extent that a response is deemed required, the allegations of this paragraph are denied.

## COUNT V

108. Defendant incorporates his responses to Paragraphs 1 through 107.

109. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 109 of the complaint, and therefore denies them.

110. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 110 of the complaint, and therefore denies them.

111. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 111 of the complaint, and therefore denies them.

112. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph 112 of the complaint, and therefore denies them.

113. The allegations of this paragraph 113 constitute legal conclusions, to which no response is required. To the extent that a response is deemed required, the allegations of this paragraph are denied.

114. The allegations of this paragraph 114 constitute legal conclusions, to which no response is required. To the extent that a response is deemed required, the allegations of this paragraph are denied.

**PRAYER FOR RELIEF**

The "WHEREFORE" paragraph which immediately follows paragraph 114 states various demands for relief to which no response is required but, should a response be required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

115. Defendant denies any other allegations in the Complaint that are not specifically admitted or denied herein.

**FIRST AFFIRMATIVE DEFENSE**

116. Plaintiff fails to alleged facts sufficient to support judgment or a finding of liability against Defendant and, therefore, Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

117. Defendant is not a proper party to this action and to the extent Plaintiff has suffered any damages for which the law would provide a remedy, which Defendant denies, any such damage resulted from the acts or omissions of person or entities other than Defendant.

**THIRD AFFIRMATIVE DEFENSE**

118. Defendant has yet to avail itself of its right to discovery, and does not fully know the circumstances alleged in Plaintiff's Complaint. Therefore, Defendant hereby notifies Plaintiff that, until Defendant can avail itself of its right to discovery, it cannot be determined whether or not Defendant will assert the above-stated affirmative and other defenses at trial, or whether

those will be the only such defenses asserted. Additionally, Defendant reserves the right to assert additional defenses as the course of discovery and investigation progresses.

## PRAYER

WHEREFORE, Defendant prays that this Court dismiss the Complaint of the Plaintiff herein, with costs and disbursements to Defendant, together with such other relief the Court finds to be just and proper.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.

Date of signing: 05/29/2025
Respectfully submitted,

_____
Yoseph Elkaim
7930 Algon Avenue
Philadelphia, Pennsylvania 19111
(267) 608-6884

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 3rd day of June, 2025, a true and complete copy of the above and foregoing document was served on the following via the court's cm/ecf system and/or by electronic mail:

Ari Y. Brown, WSBA #29570
Law Offices of Ari Brown, PLLC
3909 47th Avenue
South Seattle, WA 98118
(206) 412-9320
abrownesq@gmail.com


<u>s/ Yoseph Elkaim</u>
Yoseph Elkaim