The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROTEGO HOLDINGS CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACKIE CAPITAL, INC.., et al,<br><br>Defendants, | Case No. 2:25-cv-00535<br><br>**PLAINTIFF'S RESPONSE TO COURT'S MAY 21, 2025 SECOND ORDER TO SHOW CAUSE** |

### RESPONSE

COMES NOW, Protego Holdings Corporation, Plaintiff herein, and responds to this Court's May 21, 2025 Second Order to Show Cause directing Plaintiff to explain why this case should not be dismissed in for lack of subject matter jurisdiction. The Order follows from Defendant Akerman LLP's corporate and diversity disclosure statement indicating that one of the partners of Akerman LLP is a citizen of the state of Washington and that Akerman is therefore a citizen of the State of Washington.

Upon receipt of the Order, Plaintiff's counsel met and conferred with Akerman's counsel about Akerman's alleged Washington citizenship. In light of the parties' discussions and Akerman's representations identifying the partner of the LLP who is a citizen of Washington and detailing the facts on which his citizenship is based, Plaintiff agrees that there is not complete diversity of the parties in this action. Absent objection by any appearing defendant who has

---

1

PLAINTIFF'S RESPONSE TO COURT'S
SECOND ORDER TO SHOW CAUSE
CASE NO.: 2:25-cv-00535

Law Offices of Ari Brown, PLLC
3909 47th Avenue South
Seattle, WA 98118
T: 206. 412.9320

MCCUNE LAW GROUP
18565 Jamboree Road, Ste. 550
Irvine, CA 92612
P: 909.557.1250

already filed an answer, Plaintiff will dismiss the case without prejudice within seven (7) days of filing this Response.

DATED: June 4, 20245    Respectfully submitted,

/s/
Ari Y. Brown, WSBA #29570
Law Offices of Ari Brown, PLLC
3909 47th Avenue South
Seattle, WA 98118
(206) 412-9320
abrownesq@gmail.com

**MCCUNE LAW GROUP**
Richard D. McCune, Esq. (132124)
Pro Hac Pending
Email: rdm@mccunelawgroup.com
Michele M. Vercoski, Esq. (244010)
Pro Hac Pending
Email: mmv@mccunelawgroup.com
Yasmin N. Younessi, Esq. (331327)
Pro Hac Pending
Email: ynv@mccunelawgroup.com
MCCUNE LAW GROUP
18565 Jamboree Road, Suite 550
Irvine, CA 92612
P: 909.557.1258|
McCuneWright.com

*Attorneys for Plaintiff*

2

PLAINTIFF'S RESPONSE TO COURT'S SECOND ORDER TO SHOW CAUSE
CASE NO.: 2:25-cv-00535

Law Offices of Ari Brown, PLLC
3909 47th Avenue South
Seattle, WA 98118
T: 206. 412.9320

MCCUNE LAW GROUP
18565 Jamboree Road, Ste. 550
Irvine, CA 92612
P: 909.557.1250