The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROTEGO HOLDINGS CORPORATION, a Washington Corporation;<br><br>v.<br><br>Blackie Capital, Inc., a Corporation; Nathan Barron, an individual; Michael Mulhall, an individual; Blackie Capital Global Family Trust Company; Michael Barron, an individual; Theresa Barron, an individual; Yoseph Elkaim, an individual; Akerman Law Firm, a Professional Corporation; Sherri R. Scheffer, an individual; Sherri R. Scheffer, CPA, PLLC; Arthur W. Wood Company, Inc.; Egan Jones Rating Company, a Corporation, and John Does 1-10. | NO.: 2:25-cv-00535<br><br>PROTEGO HOLDINGS CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL [FRCP 41(A)] |

1

PLAINTIFF'S
NOTICE OF VOLUNTARY
DISMISSAL [FRCP 41(A)]
CASE NO.: 2:25-cv-00535

Law Offices of Ari Brown, PLLC
3909 47th Avenue South
Seattle, WA 98118
T: 206. 412.9320

MCCUNE LAW GROUP
18565 Jamboree Road, Ste. 550
Irvine, CA 92612
P: 909.557.1250

Plaintiff, PROTEGO HOLDINGS CORPORATION, by and through their respective counsel, hereby submit under Federal Rule of Civil Procedure 41(a)(1)(i) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: June 10, 2025

Respectfully submitted,

s/
Ari Y. Brown, WSBA #29570
Law Offices of Ari Brown, PLLC
3909 47th Avenue South
Seattle, WA 98118
(206) 412-9320 abrownesq@gmail.com

**MCCUNE LAW GROUP**
Richard D. McCune, Esq. (132124)
Pro Hac Pending
Email: rdm@mccunelawgroup.com
Michele M. Vercoski, Esq. (244010)
Pro Hac Pending
Email: mmv@mccunelawgroup.com
Yasmin N. Younessi, Esq. (331327)
Pro Hac Pending
Email: ynv@mccunelawgroup.com
MCCUNE LAW GROUP
18565 Jamboree Road, Suite 550
Irvine, CA 92612
P: 909.557.1258|
McCuneWright.com

*Attorneys for Plaintiff*

2

PLAINTIFF'S
NOTICE OF VOLUNTARY
DISMISSAL [FRCP 41(A)]
CASE NO.: 2:25-cv-00535

Law Offices of Ari Brown, PLLC
3909 47th Avenue South
Seattle, WA 98118
T: 206. 412.9320

MCCUNE LAW GROUP
18565 Jamboree Road, Ste. 550
Irvine, CA 92612
P: 909.557.1250